NOTICE TO COUNSEL:

To enable the judges of this court to evaluate possible disqualification or recusal, counsel for any private (non-governmental) business, company, or corporation shall submit at the time of its first appearance, pleading, petition, motion, or response this statement of corporate affiliations, financial interest, and citizenship.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
_____

_____,

                        Plaintiff,

         v.                                          Case No. _____

_____,

                        Defendant.
_____

### DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for _____,
make the following disclosure:

1.      Is the named party a subsidiary or affiliate of a publicly owned corporation?

        YES ☐  NO ☐

        If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

        _____

2.      Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

        YES ☐  NO ☐

        If the answer is YES, list the identity of such corporations and the nature of the financial interest in the named party:

        _____
        _____
        _____

3.    Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

YES ☐  NO ☐

If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A)  when the action is filed in or removed to federal court, and
   (B)  when any later event occurs that could affect the court's jurisdiction.

Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.


_____          _____
Signature of Counsel                              Date

Rev. 4/29/2024